UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, ET AL.**, <br><br> Plaintiffs, <br><br> v. <br><br> **HUTCHCRAFT FLOORING, INC.**, <br><br> Defendant. | Case No. 14-cv-04875-YGR <br><br> **ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING COMPLIANCE HEARING** <br><br> Re: Dkt. No. 13 |

Plaintiffs have indicated they intend to move for default judgment. (Dkt. No. 13 at 2.) Therefore, the February 2, 2015 case management conference ("CMC") is **VACATED**.[1]

A compliance hearing regarding plaintiffs' planned Application for Default Judgment shall be held on Friday, **March 13, 2015** on the Court's **9:01 a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, plaintiffs shall file either: (a) an Application for Default Judgment; or (b) a one-page statement setting forth an explanation for their failure to do so. If compliance is complete, the compliance hearing will be taken off calendar. Otherwise, a telephonic appearance will be allowed if plaintiffs have submitted the statement and request for telephonic appearance in a timely fashion. Failure to do so may result in sanctions.

This Order terminates Docket No. 13.

**IT IS SO ORDERED.**

Dated: January 27, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] In light of this Order, plaintiffs' request to continue the CMC is **DENIED AS MOOT**.