UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HUTCHCRAFT FLOORING, INC., a California Corporation,<br><br>    Defendant. | Case No.: C14-04875 YGR<br><br>[PROPOSED] JUDGMENT<br><br>*AS MODIFIED BY THE COURT* |

Defendant HUTCHCRAFT FLOORING, INC., a California Corporation ("Defendant"), having failed to plead or otherwise defend in this action and its Default having been entered:

It is hereby ORDERED, ADJUDGED AND DECREED that Defendant shall promptly pay to Plaintiffs all sums for unpaid contributions, liquidated damages, and interest on unpaid and late-paid contributions, and attorneys' fees and costs, under the terms of the Bargaining Agreement and Trust Agreements, as amended and referenced therein, as follows:

(1) unpaid contributions in the amount of $25,971.88;

(2) interest in the amount of $2,298.00;

(3) liquidated damages in the amount of $7,860.76;

(4) reasonable attorneys' fees in the amount of $7,171.50;

(5) costs in the amount of $567.65; and

(6) additional interest accruing at the rate of 5% per annum on unpaid contributions until paid, and at post-judgment rates on the balance of the judgment.

It is further ORDERED that the Court shall retain jurisdiction over this matter until the earlier of (a) the satisfaction of this Judgment or (b) one year from the date of this Judgment.

Dated:   April 23, 2015

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

-1-